UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE THOMPSON, | No. 2:15-cv-2146 KJN P (TEMP) |
| Plaintiff, | |
| v. | ORDER |
| KAMALA HARRIS, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Federal Rule of Civil Procedure 41(a), the court will honor plaintiff's request.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to dismiss (Doc. No. 6) is granted; and

2. This action is dismissed without prejudice.

Dated: January 6, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

thom2146.59